IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY LEE HARBUCK, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | CIVIL ACTION NO. |
| ) | 1:98cv490-MHT |
| KELLEY FOODS OF ALABAMA, ) | (WO) |
| INC., ) | |
| ) | |
|    Defendant. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Defendant Kelley Foods of Alabama, Inc.'s motion for summary judgment, as originally filed (Doc. No. 7) and as renewed (Doc. No. 27), is granted.

(2) Judgment is entered in favor of defendant Kelley Foods of Alabama, Inc. and against Plaintiff Anthony Lee Harbuck, with plaintiff Harbuck taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Harbuck, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of March, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE